UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                                  Plaintiff,                 20 Civ. 1438 (LGS)

              -against-                            ORDER

GREATER NEW YORK COUNCILS, et al.

                                  Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a notice of removal on February 19, 2020. ECF 1. The notice provided that in connection with the notice, Defendants have filed a motion to transfer to the United States District Court for the District of Delaware. The notice also provides that Defendants intend to participate in the joint administration of Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware. It is hereby

**ORDERED** that Defendants shall file a status letter every thirty days on progress with the motion to transfer and the bankruptcy proceedings. The first status letter is due on **March 26, 2020**. It is further

**ORDERED** that the parties shall by **March 5, 2020**, file a joint letter. The joint status letter should not exceed 5 pages, and should provide the following information in separate paragraphs:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

2. A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule IV.A.3;

3. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

4. A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings. (This is narrower than the general scope of discovery stated in Rule 26(b)(1));

5. A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

6. A statement of procedural posture and upcoming deadlines;

7. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

8. Any other information that the parties believe may assist this Court in resolving the action.

Dated: February 26, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE