```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN DOE,                                                   :
                                                            :
                              Plaintiff,                    :    20 Civ. 1438 (LGS)
                                                            :
               -against-                                    :    ORDER
                                                            :
BOY SCOUTS OF AMERICA, et al.                               :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 28, 2020, the Court issued an order directing the parties to file a status letter by July 12, 2020. ECF 22;

WHEREAS, the parties have not filed a status letter. It is hereby

**ORDERED** that the parties shall file a joint status letter no later than July 21, 2020. The parties are reminded to comply with Court orders.

Dated: July 14, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**