UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
JOHN DOE, :
                      Plaintiff, :
: 20 Civ. 1438 (LGS)
        -against- :
: ORDER
BOY SCOUTS OF AMERICA, et al., :
                    Defendants. :
------------------------------------------------------------- X

WHEREAS, due to a bankruptcy proceeding, this case has been stayed, and the Court directed the parties to file a status letter every forty-five days. Dkt. No. 19.

WHEREAS, the last status letter was due by March 1, 2021. Dkt. No. 30.

WHEREAS, the parties have not filed their status letter. It is hereby

**ORDERED** that, the parties shall file their status letter by **March 12, 2021**. The parties shall file their next status letter by **April 28, 2021**.

Dated: March 8, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**