UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                          :

JOHN DOE,                              :

                         Plaintiff,   :

                              :          20 Civ. 1438 (LGS)

          -against-         :

                              :          **ORDER**

BOY SCOUTS OF AMERICA et al.,    :

                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 23, 2024, the Court issued an order directing the parties to file a status letter every 90 days with the next letter due October 18, 2024.  (Dkt. 61).

      WHEREAS, the last status letter was filed on January 12, 2026.  (Dkt. 67).  It is hereby

      **ORDERED** that by **May 18, 2026**, the parties shall file a status letter.

Dated: May 11, 2026
      New York, New York

                                   LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE