UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                         :

JOHN DOE,                                :

                         Plaintiff,    :

                                            :            20 Civ. 1438 (LGS)

                  -against-           :

                                          :               **ORDER**

BOY SCOUTS OF AMERICA et al.,       :

                         Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated May 11, 2026, directs the parties to file a status letter by

May 18, 2026.

      WHEREAS, no such status letter has been filed to date.  It is hereby

      **ORDERED** that the parties' deadline to file the status letter is extended to **June 5, 2026**.

Failure to comply with the Court's Order will result in dismissal for failure to prosecute.

Dated: May 29, 2026
       New York, New York

                                                LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE